**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| SCOTT A. SUROVELL,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP,<br>d/b/a Verizon Wireless<br><br>TRANSUNION, LLC,<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. 3:16-cv-203 REP |

## CELLCO PARTNERSHIP'S NOTICE OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon"), in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the Eastern District of Virginia (including Local Civil Rule 72), files its Notice of Consent to the jurisdiction of a Magistrate Judge in the above-captioned action.

June 21, 2015

Respectfully submitted:

By:     */s/ Bryan A. Fratkin*
      Bryan A. Fratkin (VSB No. 38933)
      MCGUIREWOODS LLP
      Gateway Plaza
      800 East Canal Street
      Richmond, Virginia 23219
      Telephone: (804) 775-4352
      Facsimile: (804) 698-2100
      bfratkin@mcguirewoods.com

*Counsel for Defendant Cellco
Partnership, d/b/a Verizon Wireless*

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to:

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
*Counsel for Plaintiff Scott A. Surovell*

Gibson Sinclair Wright
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Telephone: (804) 344-6314
Fax: (804) 344-8359
gwright@morrismorris.com
*Counsel for Defendant TransUnion, LLC*

John Willard Montgomery, Jr.
John W. Montgomery Jr. Attorney PLC
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Fax: (804) 355-8748
jmontgomery@jwm-law.com
*Counsel for Defendant Equifax Information Services, LLC*

David Neal Anthony
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
Telephone: (804) 697-5410
Fax: (804) 698-5118
david.anthony@troutmansanders.com

William V. O'Reilly
Jones Day
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
woreilly@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

      */s/ Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
bfratkin@mcguirewoods.com
*Counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless*