**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**SCOTT A. SUROVELL,**

        **Plaintiff,**

**v.**                                                 **CIVIL NO. 3:16-cv-203**

**TRANS UNION, LLC, et al**

        **Defendants,**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Scott A. Surovell and Defendants Trans Union, LLC., Equifax Information Services, LLC., Experian Information Solutions, Inc., and Cellco Partnership stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiffs and the Defendants to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 9th day of August, 2016.

| | |
|---|---|
| By:  /s/ | By:  /s/ |
| Susan M. Rotkis, Esq. | Gibson Wright, Esq. |
| VSB: 40693 | VSB: 84632 |
| Consumer Litigation Associates, P.C. | Morris & Morris, PC |
| 763 J. Clyde Morris Boulevard, Suite 1-A | 11 South 12th Street |
| Newport News, Virginia  23601 | 5th Floor |
| Telephone: (757) 930-3660 | Richmond, Virginia  23218 |
| Facsimile:  (757) 930-3662 | Telephone: (804) 344-6314 |
| Email: srotkis@clalegal.com | Email: gwright@morrismorris.com |
| *Counsel for Plaintiff* | *Counsel for Trans Union, LLC.* |

-2-

By:       /s/
David Neal Anthony, Esq.
VSB: 31696
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email:david.anthony@troutmansanders.com

   *Counsel for Experian Information Solutions, Inc.*

By:       /s/
John Montgomery, Jr., Esq.
VSB: 37149
John W. Montgomery Jr. Atty, PLC.
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

   *Counsel for Equifax Information Services, LLC.*

By:       /s/
Bryan Fratkin, Esq.
VSB: 38933
McGuireWoods, LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
Email: bfratkin@mcguirewoods.com

   *Counsel for Cellco Partnership*